IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DONALD LEE UBELE, )
)
    Petitioner, )
)
v. ) CASE NOS. CV416-143
) CR405-012
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Petitioner Donald Lee Ubele has filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 based on the Supreme Court's recent decision in Johnson v. United States, ___ U.S. ___, 135 S. Ct. 2551 (2015). (Doc. 1.) The Magistrate Judge has issued a Report and Recommendation identifying the § 2255 petition as successive. (Doc. 3). Objections to the report and recommendation must be filed by June 27, 2016. However, this Court's best estimate of the deadline to properly file timely Johnson based § 2255 petitions is June 26, 2016. Accordingly, the Clerk of Court is **DIRECTED** to immediately forward Petitioner's motion to the United States Court of Appeals for the Eleventh Circuit. In addition, the United States Probation Office is **DIRECTED** to immediately forward

a copy of Petitioner's presentence investigation report to the Eleventh Circuit.

SO ORDERED this 20th day of June 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA