UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| DONALD L. UBELE, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CV416-143 |
| | ) | CR405-012 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Because the Eleventh Circuit has granted Donald L. Ubele leave to file a successive 28 U.S.C. § 2255 motion, CR405-012, doc. 179, the Court **VACATES** its Report and Recommendation, doc. 172, and **DIRECTS** the Government to file a response to his § 2255 motion (doc. 170) within 30 days of the date this Order is served. The Court **DENIES** as moot Ubele's Motion to Supplement (doc. 178), in which he presents further briefing (he is free to file as many briefs as he wants whenever he wants). Finally, the Court **DENIES** his motion for appointment of counsel (doc. 177), as he has demonstrated an ability to represent himself here, though the Court will be open to reconsideration after the Government files its response brief.

**SO ORDERED**, 18th day of January, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA